JENSEN, DIRECTOR, DEPARTMENT OF MOTOR
VEHICLES OF NEBRASKA, ET AL. *v.* QUARING

No. 83–1944.   Argued January 7, 1985—Decided June 17, 1985

*Ruth Anne E. Galter,* Assistant Attorney General of
Nebraska, argued the cause for petitioners.   With her on
the brief was *Paul L. Douglas,* Attorney General.

*Thomas C. Lansworth* argued the cause for respondent.
With him on the brief were *Burt Neuborne* and *Charles S.
Sims.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.

––––––––––

*\*Marc D. Stern* and *Ronald A. Krauss* filed a brief for the American
Jewish Congress et al. as *amici curiae* urging affirmance.

*Solicitor General Lee, Deputy Solicitor General Geller,* and *Kathryn
A. Oberly* filed a brief for the United States as *amicus curiae.*